SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 218
San Jose, California 95112
Phone: (408) 277-0648
Fax:     (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOD CARRIERS LOCAL 166 WEST BAY CONSOLIDATED PENSION FUND, VACATION FUND, UNION DUES, TRAINING FUND, AND PROMOTION FUND; and HOD CARRIERS LOCAL166 HEALTH AND WELFARE FUND<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JAMES ISLAND PLASTERING, INC., A California Corporation<br><br>　　　　　　　　　Defendants.<br>_____ | CASE NO.:13-CV-03545-PSG<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date: February 11, 2014<br>Time: 10:00 A.M.<br>Place: Courtroom 5, 4th Floor |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Default was entered on October 10, 2013.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds. Settlement negotiations were not successful. Plaintiffs request 60 days to prepare the documents necessary for a default judgment against Defendant. Therefore, Plaintiffs request that

1  the case be continued until April 15, 2014, for another Case Management Conference.

4                                       Respectfully submitted,

5  Dated: February 4, 2014        /S/
                                              SUE CAMPBELL
6                                       Attorney for Plaintiff

8                                     **ORDER**

9  The Case Management Conference is hereby continued to April 15, 2014, at 10:00 A.M.,

10  in Courtroom 5, 4th Floor.  Plaintiff will file an update and proposed action seven (7) days prior

11  to the Case Management Conference.

14  Dated: February 10, 2014                               [signature]
                                                        JUDGE OF THE U.S. DISTRICT COURT

**Law Office of Sue Campbell**
**1155 N. First St,**
**Ste. 218**
**San Jose, CA 95112**

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER
No. 13-CV-03545-PSG